# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-51137 |
| | ) | |
| KAY A. MAY | ) | CHAPTER: 13 |
| 763 E. Tuscarawas Avenue | ) | |
| Barberton, OH 44203 | ) | JUDGE ALAN M. KOSCHIK |
| xxx-xx-6876 | ) | |
|     Debtor | ) | |
| | ) | AMENDED NOTICE OF MOTION |
| | ) | FOR RELIEF FROM STAY |

Creditor Evin King has filed with the Court a Motion for Relief from Stay.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion for Relief from Stay, or if you want the court to consider your views on the Motion for Relief from Stay, then on or before twenty (20) days of issuance set forth below, you or your attorney must:

File with the Court a written a written response, an answer, explaining your position at:

> Clerk of the United States Bankruptcy Court
> John F. Seiberling Federal Building & U.S. Courthouse
> 2 South Main Street
> Suite #455
> Akron, Ohio 44308

If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date above.

You must also mail a copy to:

| | |
|---|---|
| Keith Rucinski | Mark Loevy-Reyes |
| Chapter 13 Trustee | Loevy & Loevy |
| One Cascade Plaza Suite 2020 | 311 N Aberdeen Street, 3rd Floor |
| Akron, OH 44308 | Chicago, IL 60607 |

Attend the hearing scheduled to be on May 16, 2019 at 3:00 p.m. in Courtroom 260, United States Bankruptcy Court, John F. Seiberling Federal Building & U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308.

1

15-51137-amk    Doc 39    FILED 04/05/19    ENTERED 04/05/19 11:50:01    Page 1 of 3

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in Evin King's motion and may enter an order granting that relief.

| | |
|---|---|
| April 5, 2019 | /s/ Mark Loevy-Reyes |
| Date of Issuance | Attorney for Evin King |

Mark Loevy-Reyes
LOEVY & LOEVY
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900
Counsel for Evin King

# CERTIFICATE OF SERVICE

I, Mark Loevy-Reyes, an attorney, hereby certify that on April 5, 2019, a true and correct copy of the foregoing Amended Notice of Motion for Relief from Stay was served via CM/ECF or by U.S. Mail to the following:

Kay A. May
763 E Tuscarawas Avenue
Barberton, OH 44203
(via Regular U.S. Mail)

Vance P. Truman
Debtor's bankruptcy counsel
(via ECF medinaatty@vancetruman.com)

Keith Rucinski, Chapter 13 Trustee
(via ECF at krucinski@ch13akron.com)

Amy Good
Office of the US Trustee
(via ECF at amy.l.good@usdoj.gov)


Dated: April 5, 2019

                                        s/ Mark Loevy-Reyes
                                        Attorney for Plaintiff Evin King

                                        Arthur Loevy
                                        Jon Loevy
                                        Danielle Hamilton
                                        Mark Loevy-Reyes
                                        LOEVY & LOEVY
                                        311 North Aberdeen, Third Floor
                                        Chicago, IL 60607
                                        (312) 243-5900
                                        mark@loevy.com